UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA J. PERKINS, | ) | Case No. CV 11-2526 JC |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: October 13, 2011

                                                  /s/_____

                                      Honorable Jacqueline Chooljian
                                      UNITED STATES MAGISTRATE JUDGE